UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANTOINETTE RICHARDSON-WARD, )
)
      Plaintiff, )
)
  vs. )     Case No. 4:07CV01171 JCH (TCM)
)
MICHAEL J. ASTRUE, )
COMMISSIONER OF SOCIAL SECURITY, )
)
      Defendant. )

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge

Thomas C. Mummert, III, dated August 7, 2008. See 28 U.S.C. §636. In his report, Magistrate

Judge Mummert recommends that the Court affirm the decision of the Commissioner, and dismiss

Plaintiff's Complaint with prejudice. Plaintiff filed her Objections to the Report and

Recommendation of the United States Magistrate Judge on August 18, 2008 (Doc. No. 30).

Upon careful consideration of the Report and Recommendation and the record in this

case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States

Magistrate Judge (Doc. No. 29) is **SUSTAINED, ADOPTED, AND INCORPORATED**

herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

Dated this 20th day of August, 2008.


/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE